UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JOSHUA CARY MYERS,<br><br>    Petitioner,<br>v.<br>RENEE BAKER, *et al.*,<br><br>    Respondents. | Case No. 3:14-cv-00082-MMD-VPC<br><br>ORDER |

Good cause appearing, petitioner's unopposed motion for an extension of time (ECF No. 59) is granted. Petitioner will have up to and including May 17 2018, within which to file a reply to respondents' answer to his petition for writ of habeas corpus.

DATED THIS 16th day of February 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE